| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** Marie-Ann Greenberg, MAG-1284 Marie-Ann Greenberg, Standing Trustee 30 TWO BRIDGES ROAD SUITE 330 FAIRFIELD, NJ  07004-1550 973-227-2840 Chapter 13 Standing Trustee | Order Filed on May 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE: ARLES LENIS | Chapter 13 Case No.:  17-27298 SLM HEARING DATE:  04/11/2018 Judge:  STACEY L. MEISEL |

### ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 18, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ARLES LENIS

Case No.: 17-27298

Caption of Order: ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

---

THIS MATTER having been scheduled before the Court for a Hearing on Trustee's Motion to Dismiss Case, and good and sufficient cause having been shown, it is:

ORDERED, that the case shall be reconverted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed.

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time.

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.