UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   ARLES LENIS

**Order Filed on May 18, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

Chapter 13 Case No.:  17-27298 SLM

HEARING DATE:  04/11/2018

Judge:  STACEY L. MEISEL

## ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 18, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): ARLES LENIS

Case No.: 17-27298

Caption of Order: ORDER TO RECONVERT CHAPTER 13 CASE TO CHAPTER 7

---

THIS MATTER having been scheduled before the Court for a Hearing on Trustee's Motion to Dismiss Case, and good and sufficient cause having been shown, it is:

ORDERED, that the case shall be reconverted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed.

ORDERED, that the Chapter 13 Trustee shall return any funds on hand to the debtor within 30 days of the date of this Order, unless an objection is filed with the Court and served upon the Trustee within that time.

ORDERED, that within 15 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Arles Lenis  
    Debtor

Case No. 17-27298-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 18, 2018  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.  
db        +Arles Lenis,   314 Ashton Avenue,   Linden, NJ 07036-1120  
aty       +David B Littman,   129 N Wood Ave,   Linden, NJ 07036-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Peter E. Meltzer   on behalf of Creditor   OneMain  pmeltzer@wglaw.com,  state@wglaw.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                        TOTAL: 5