Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−27298−SLM
          Chapter: 7
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arles Lenis
   314 Ashton Avenue
   Linden, NJ 07036

Social Security No.:
   xxx−xx−0914

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by David Wolff, the Chapter 7 Trustee,.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐   The corporate debtor is self−represented.

    ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 1/8/19
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: December 12, 2018
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-27298-SLM
Arles Lenis                                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2018
                              Form ID: 170             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db             +Arles Lenis,    314 Ashton Avenue,    Linden, NJ 07036-1120
aty            +David B Littman,    129 N Wood Ave,    Linden, NJ 07036-4227
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
517030368      +Barclay Card Services,    PO Box 8801,    Wilmington, DE 19899-8801
517030367      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517030366      +Pay Pal,    PO Box 105658,    Atlanta, GA 30348-5658
517351403      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:53      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517030364       E-mail/Text: cio.bncmail@irs.gov Dec 13 2018 00:51:24      IRS,   Fresno, CA  93888
517030365      +E-mail/Text: bk@lendingclub.com Dec 13 2018 00:52:21      Lending Club,
                 71 Stevenson Street, Ste 300,   San Fransisco, CA 94105-2985
517416564      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2018 00:51:52      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517351598       E-mail/PDF: cbp@onemainfinancial.com Dec 13 2018 00:55:41      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517030363      +E-mail/PDF: cbp@onemainfinancial.com Dec 13 2018 00:55:41      One Main Financial,
                 601 NW 2nd St,   Evansville, TN 47708-1013
517437153      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 00:54:40      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517030369      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2018 00:55:12      Synchrony/Amazon,   PO Box 960013,
                 Orlando, FL 32896-0013
517324248      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2018 00:55:35      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            OneMain,   PO Box 3251,   Evansville, IN  47731-3251
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter E. Meltzer    on behalf of Creditor    OneMain pmeltzer@wglaw.com, mrivera@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6