Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−27298−SLM
                Chapter: 7
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arles Lenis
   314 Ashton Avenue
   Linden, NJ 07036

Social Security No.:
   xxx−xx−0914

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: rah

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-27298-SLM
Arles Lenis                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db             +Arles Lenis,    314 Ashton Avenue,    Linden, NJ 07036-1120
aty            +David B Littman,    129 N Wood Ave,    Linden, NJ 07036-4227
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
517030366      +Pay Pal,    PO Box 105658,    Atlanta, GA 30348-5658
517351403      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517030368      +EDI: TSYS2.COM Jan 12 2019 04:48:00      Barclay Card Services,    PO Box 8801,
                 Wilmington, DE 19899-8801
517030367      +EDI: CITICORP.COM Jan 12 2019 04:48:00      Citibank,   PO Box 6500,
                 Sioux Falls, SD 57117-6500
517030364       EDI: IRS.COM Jan 12 2019 04:48:00      IRS,   Fresno, CA 93888
517030365      +E-mail/Text: bk@lendingclub.com Jan 12 2019 00:22:35      Lending Club,
                 71 Stevenson Street, Ste 300,    San Fransisco, CA 94105-2985
517416564      +EDI: MID8.COM Jan 12 2019 04:48:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517351598       EDI: AGFINANCE.COM Jan 12 2019 04:48:00      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517030363      +EDI: AGFINANCE.COM Jan 12 2019 04:48:00      One Main Financial,    601 NW 2nd St,
                 Evansville, TN 47708-1013
517437153      +EDI: RMSC.COM Jan 12 2019 04:48:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517030369      +EDI: RMSC.COM Jan 12 2019 04:48:00      Synchrony/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
517324248      +EDI: AIS.COM Jan 12 2019 04:48:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             OneMain,    PO Box 3251,    Evansville, IN 47731-3251
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Peter E. Meltzer    on behalf of Creditor    OneMain pmeltzer@wglaw.com, ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```