**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAVID WOLFF, TRUSTEE**
396 Route 34
Matawan, New Jersey 07747
(732) 566-1189
DW/3331

Order Filed on January 10, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

**ARLES LENIS,**

                     Debtor.

Case No.: 17-27298-SLM

Chapter 7 Proceeding

Judge: Honorable Stacey L. Meisel

## ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 10, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon consideration of the Motion of David Wolff, Trustee, for an order dismissing debtor's petition for failure to appear at a scheduled 341 (a) Meeting of creditors and provide documentation; and upon due notice to all parties in interest, and good cause appearing therefore, it is hereby

ORDERED, that the within case be and it is hereby DISMISSED; and it is further

ORDERED, that notice of this dismissal be given to all creditors and parties in interest by the Clerk of the Bankruptcy Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Arles Lenis  
    Debtor

Case No. 17-27298-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2019  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.  
db           +Arles Lenis,   314 Ashton Avenue,    Linden, NJ 07036-1120  
aty          +David B Littman,   129 N Wood Ave,   Linden, NJ 07036-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:  
         David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Peter E. Meltzer    on behalf of Creditor    OneMain pmeltzer@wglaw.com, ibernatski@wglaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 6